TERRY V. LEAVITT, ESQ.
State Bar No. 000295
**GRAVES & LEAVITT**
601 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-7444 Facsimile: (702) 385-1178
Terry@Leavittbk.com, Laura@Leavittbk.com
Attorney for Debtor-in-Possession

E-Filed on:
05/02/2011

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:                                      )   BK-S-10-20380-BAM
    COTTON 303, LLC,            )
                                 )   CHAPTER 11
    DEBTOR(S).                   )
                                 )   Date: June 7, 2011
                                 )   Time: 10:00 a.m.
_____)

**APPLICATION TO DISMISS VOLUNTARY PETITION**

The Application of COTTON 303, LLC, the Debtor-in-Possession, herein ("Debtor") respectfully represents:

I.

A voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code was filed herein on June 03, 2010.

II.

The Debtor is qualified to request the dismissal of this case under the provisions of Section 1112 of the United States Code in that the Debtor no longer needs the protection of this Court.

III.

The major creditor in the case, City National Bank, N.A., and the Debtor have reached an agreement for resolution of their debt. See attached Affidavits of Ray Koroghli and Hamid Mahban.

IV.

The Debtor having reached an agreement with the major creditor is now in a position to pay all other creditors in full.

IV.

WHEREFORE, Applicant prays that the Order for Relief resulting from the filing of the voluntary Petition be set aside and that Debtor's voluntary Petition for Relief under Chapter 11 of the Code be dismissed without prejudice and for such other and further relief as the court may deem just and proper in the premises.

DATED this 2nd day of May 2011.

GRAVES & LEAVITT

BY: /s/ Terry V. Leavitt
TERRY V. LEAVITT, ESQ.
601 South Sixth Street
Las Vegas, Nevada 89101
Attorney for Debtor-in-Possession

## VERIFICATION

STATE OF NEVADA)
                 ) ss:
COUNTY OF CLARK)

    RAY KOROGHLI, being first duly sworn, deposes and says as follows:

    That he is the Principal of the Debtor-in-Possession in the above-entitled action; that he has read the foregoing Application to Dismiss Voluntary Petition and knows the contents thereof, and that the same is true of his own knowledge except for those matters therein stated on information and belief, and as for those matters, he believes them to be true.



RAY KOROGHLI,
Manager of COTTON 303, LLC.

SUBSCRIBED AND SWORN to before me this 2nd day of May 2011.

_____
NOTARY PUBLIC

NOTARY PUBLIC
LAURA SCHNETZER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 22, 2012
No: 00-64044-1

**VERIFICATION**

STATE OF NEVADA )
                ) ss:
COUNTY OF CLARK )

HAMID MAHBAN, being first duly sworn, deposes and says as follows:

That he is the Principal of the Debtor-in-Possession in the above-entitled action; that he has read the foregoing Application to Dismiss Voluntary Petition and knows the contents thereof, and that the same is true of his own knowledge except for those matters therein stated on information and belief, and as for those matters, he believes them to be true.

HAMID MAHBAN,
Manager of COTTON 303, LLC.

SUBSCRIBED AND SWORN to before me this 2nd day of May 2011.

NOTARY PUBLIC



NOTARY PUBLIC
LAURA SCHNETZER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 22, 2012
No: 00-64044-1

<u>AFFIDAVIT OF RAY KOROGHLI</u>

STATE OF NEVADA )
                ) ss:
COUNTY OF CLARK )

RAY KOROGHLI, being first duly sworn, deposes and says as follows:

1. That he is the Principal of the Debtor-in-Possession in the subject bankruptcy proceedings, and is competent to testify to the matters related herein.
2. That he believes these matters to be true to the best of his knowledge.
3. That since the filing of the bankruptcy the major creditor in the case, City National Bank, N.A., and the Debtor have reached an agreement for resolution of their debt.
4. The Debtor having reached an agreement with the major creditor is now in a position to pay all other creditors in full.

Therefore, as Principal of the Debtor I request that the Debtor's voluntary Petition for Relief under Chapter 11 of the Code be dismissed.



RAY KOROGHLI
Manager of COTTON 303, LLC.

SUBSCRIBED AND SWORN to before me this 2nd day of May 2011.

_____
NOTARY PUBLIC

NOTARY PUBLIC
LAURA SCHNETZER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 22, 2012
No: 00-64044-1

## AFFIDAVIT OF HAMID MAHBAN

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

HAMID MAHBAN, being first duly sworn, deposes and says as follows:

1. That he is the Principal of the Debtor-in-Possession in the subject bankruptcy proceedings, and is competent to testify to the matters related herein.

5. That he believes these matters to be true to the best of his knowledge.

6. That since the filing of the bankruptcy the major creditor in the case, City National Bank, N.A., and the Debtor have reached an agreement for resolution of their debt.

7. The Debtor having reached an agreement with the major creditor is now in a position to pay all other creditors in full.

Therefore, as Principal of the Debtor I request that the Debtor's voluntary Petition for Relief under Chapter 11 of the Code be dismissed.

_____
HAMID MAHBAN
Manager of COTTON 303, LLC.

SUBSCRIBED AND SWORN to before me this 2nd day of May 2011.

_____
NOTARY PUBLIC



NOTARY PUBLIC
LAURA SCHNETZER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 22, 2012
No: 00-64044-1

TERRY V. LEAVITT, ESQ.
State Bar No. 000295
**GRAVES & LEAVITT**
601 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-7444 Facsimile: (702) 385-1178
Terry@Leavittbk.com, Laura@Leavittbk.com
Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S-10-20380-BAM |
| COTTON 303, LLC, ) | CHAPTER 11 |
| DEBTOR(S). ) | Date: June 7, 2011 |
| ) | Time: 10:00 a.m. |

**PROPOSED ORDER APPROVING APPLICATION TO DISMISS VOLUNTARY PETITION**

The Court having held the hearing re: Application to Dismiss Voluntary Petition filed herein by TERRY V. LEAVITT, ESQ. of the law firm of GRAVES & LEAVITT, attorney for the Debtor-in-Possession, COTTON 303, LLC, appearing on behalf of the Debtor. The Court having read the Application and considered the arguments of counsel, the Court finds that notice of the Application was provided in accordance with Bankruptcy Rule 4001 and for good cause appearing therefore;

///

IT IS HEREBY ORDERED that the Debtor's voluntary Petition for Relief under Chapter 11 of the Code is hereby dismissed without prejudice.

IT IS SO ORDERED.

SUBMITTED this 7th day of June 2011.

Prepared and Submitted by:

GRAVES & LEAVITT

By: /s/ Terry V. Leavitt
TERRY V. LEAVITT, ESQ.
601 South Sixth Street
Las Vegas, Nevada 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED    DISAPPROVED    NO RESPONSE

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Laura Schnetzer
An Employee of Terry V. Leavitt, Esq.

###